UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

        Plaintiff,

   v.

SERGIO CURIEL, SR., et al,

        Defendants.
_____/

LLOYD ST. MARY and BOBBIE JEAN ST. MARY,

        Third-Party Claimants.
_____/

NO. CR. S-05-0113 LKK

O R D E R

    The Court is in receipt of Petitioner's "Petition for Ancillary Hearing to Adjudicate Validity of Third Parties' Interest in Certain Property subject to a Preliminary Order of Forfeiture".

//
//
//
//

1

1  Accordingly, the Court now sets a hearing on December 19, 2006 at
2  9:30 a.m., to determine what proceedings should be followed.
3       DATED:  December 6, 2006.

```
                              /s/ Lawrence K. Karlton
                              LAWRENCE K. KARLTON
                              SENIOR JUDGE
                              UNITED STATES DISTRICT COURT
```

2