IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

        Respondent,                        No. 2:05-cr-0113 LKK JFM

        vs.

SERGIO CURIEL, SR.,

        Movant.                          ORDER

_____/

        Respondent has requested an extension of time to file an answer pursuant to the court's order of September 19, 2008.  Good cause appearing, IT IS HEREBY ORDERED that:

        1. Respondent's October 16, 2008 motion for an extension of time [docket no. 260] is granted; and

        2. Respondent is granted thirty days from the date of this order in which to file an answer.  Petitioner's traverse, if any, shall be filed thirty days thereafter.

DATED:  November 5, 2008.

                                        UNITED STATES MAGISTRATE JUDGE

/001; curi0113.236

1