```
 1  McGREGOR W. SCOTT
    United States Attorney
 2  MARY L. GRAD
    Assistant U.S. Attorney
 3  501 I Street, Suite 10-100
    Sacramento, California 95814
 4  Telephone: (916) 554-2763
 5
 6
 7              IN THE UNITED STATES DISTRICT COURT
 8            FOR THE EASTERN DISTRICT OF CALIFORNIA
 9
10  UNITED STATES OF AMERICA,    )   Case No. 2:05cr0113-LKK JFM
                                 )
11       Plaintiff & Respondent, )
                                 )   MOTION FOR EXTENSION OF TIME
12       v.                      )   WITHIN WHICH TO RESPOND TO
                                 )   DEFENDANT'S MOTION TO VACATE
13  SERGIO CURIEL, SR.,          )   JUDGMENT UNDER 28 U.S.C. § 2255
                                 )
14                               )
         Defendant and Movant.   )
15  _____)
```

16       On September 19, 2008, this court filed an Order requiring the
17  government to respond to defendant's Motion To Vacate Judgment Under
18  18 U.S.C. § 2255 on or before October 20, 2008.  On October 16,
19  2008, the United States requested an extension of time within which
20  to respond to the Motion to December 20, 2008.  The United States
21  had requested preparation of transcripts of proceedings held before
22  the District Court in this case.  One set of transcripts has been
23  delivered to the United States but a critical proceeding was not
24  included in those transcripts.  The additional transcript has been
25  ordered but has not yet been obtained by the government.  The
26  remaining transcript is essential to the government's complete and
27  meaningful response to the instant petition.  Accordingly, the
28  government needs the additional time to receive and review the

1

additional transcript before responding to the petitioner's motion.
Accordingly, the government requested a further extension of time
January 20, 2009 to respond to the petition.

DATED: December 18, 2008                McGREGOR W. SCOTT
                                        United States Attorney


                                        By: /s/ Mary L. Grad_____
                                        MARY L. GRAD
                                        Assistant U.S. Attorney

    IT IS HEREBY ORDERED that respondent's December 18, 2008 request for extension of time (#264) is granted; respondent's answer shall be filed on or becore the close of business on January 20, 2009.  Movant's reply, if any, shall be filed thirty days thereafter.

Dated: January 5, 2009.

_____
UNITED STATES MAGISTRATE JUDGE

/001; curiel.eot