IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

      Respondent,                      No. 2:05-cr-0113 LKK JFM

   vs.

SERGIO CURIEL, SR.,

      Movant.                        <u>ORDER</u>

_____/

       Respondent's previous motion to dismiss was denied without prejudice to its renewal. Respondent has not filed any further motions.

       Accordingly, IT IS HEREBY ORDERED that

       1. Respondent is directed to file an answer within forty-five days of the effective date of this order. <u>See</u> Rule 4, Rules Governing Section 2255 Proceedings.

       2. Respondent shall include with the answer any and all transcripts or other documents relevant to the determination of the issues presented in the motion. Rule 5, Rules Governing Section 2255 Proceedings. Movant's traverse, if any, is due on or before thirty days from the date respondent's answer is filed.

/////

/////

1

3. The Clerk of the Court shall serve a copy of this order, together with a copy of movant's motion, on the United States Attorney or his authorized representative.

DATED: December 9, 2010.

_____
UNITED STATES MAGISTRATE JUDGE

/014;curi0113.206