IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

    Respondent,                          No. 2:05-cr-0113 LKK JFM

  vs.

SERGIO CURIEL, SR.,

    Movant.                              <u>PROTECTIVE ORDER</u>

_____/

        All information sought by respondent from attorneys Gilbert A. Roque and Arturo Hernandez pursuant to respondent's January 10, 2011 motion shall be limited to the use of those conversations or communications, and the information contained therein, necessary to the rebuttal of movant's Section 2255 habeas corpus claims.

        Respondent shall not use the conversations or communications or the information contained therein against movant in any manner during any future proceeding, including any possible retrial.

/////

/////

/////

1

In addition, respondent shall treat the conversations or communications and the information contained therein as confidential and shall not disseminate them or disclose their contents other than in the course of their litigation in this habeas corpus proceeding.

DATED: March 15, 2011.

_____
UNITED STATES MAGISTRATE JUDGE

/014;curi0113.po