UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

----oo0oo----

| | |
|---|---|
| SERGIO CURIEL, SR.,<br><br>        Petitioner,<br><br>    v.<br><br>UNITED STATES OF AMERICA,<br><br>        Respondent. | CR. NO. 2:05-00113 WBS<br><br>ORDER |

----oo0oo----

On June 28, 2016, petitioner Sergio Curiel, Sr., filed a motion to reduce sentence. (Docket No. 300.) Prior to reassignment of this case to the undersigned, petitioner had filed a separate motion to reduce sentence on February 17, 2015. (Docket No. 299.) The United States shall file an opposition to petitioner's motions no later than July 29, 2016. Petitioner may then file a reply no later than August 12, 2016. The court will then take the motions under submission and will inform the

1

1 | parties if oral argument or further proceedings are necessary.
2 |        IT IS SO ORDERED.
3 | Dated:   June 29, 2016

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE