UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

----oo0oo----

SERGIO CURIEL, SR.,

        Petitioner,

    v.

UNITED STATES OF AMERICA,

        Respondent.

CR. NO. 2:05-00113 WBS

ORDER

----oo0oo----

On July 7, 2016, petitioner Sergio Curiel, Sr., filed another motion to reduce sentence. (Docket No. 303.)  In its opposition to petitioner's two other motions to reduce his sentence, (Docket Nos. 299 and 300), which is due no later than July 29, 2016, the government shall include a response to petitioner's latest motion to reduce sentence.  Petitioner may also address his third motion in his reply filed in support of his two other motions, which is due no later than August 12,

1

1   2016.   The court will then take all three motions under

2   submission and will inform the parties if oral argument or

3   further proceedings are necessary.

4          IT IS SO ORDERED.

5   Dated:   July 8, 2016

6   _____

7   WILLIAM B. SHUBB
    UNITED STATES DISTRICT JUDGE

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28