JOHN BALAZS, Bar #157287
Attorney At Law
916 2nd Street, Suite F
Sacramento, California 95814
Telephone: (916) 447-9299
John@Balazslaw.com

Attorney for Defendant
SERGIO CURIEL, SR.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>           Plaintiff,<br><br>    v.<br><br>SERGIO CURIEL, SR.,<br><br>          Defendants. | No.  2:05-CR-0113-01 WBS<br><br>STIPULATION AND ORDER TO CONTINUE THE DUE DATE FOR DEFENDANT'S REPLY |

Defendant Sergio Curiel, Sr., by and through his undersigned counsel and the United States, by and through its undersigned counsel, hereby stipulate and agree that the date by which the defendant must file his reply to the government's opposition to his motion for reduction of sentence pursuant to 18 U.S.C. § 3582 should be continued from August 12, 2016 to September 23, 2016.

Dated: July 29, 2016

PHILLIP TALBERT
Acting United States Attorney

/s/Jason Hitt
JASON HITT
Assistant U.S. Attorney

Dated: July 29, 2016

/s/ John Balazs
JOHN BALAZS
Counsel for defendant
SERGIO CURIEL, SR.

1

**ORDER**

IT IS SO ORDERED.

Dated:  August 1, 2016

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE