John Balazs, Bar. No. 157287
Attorney at Law
916 2nd Street, Suite F
Sacramento, California 95814
Telephone: (916) 447-9299
Facsimile: (916) 557-1118
john@balazslaw.com

Attorney for Defendant
SERGIO CURIEL, SR.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>SERGIO CURIEL SR.,<br><br>Defendant. | No. 2:05-CR-0113-01 WBS<br><br>**~~PROPOSED~~ ORDER SEEKING RE-APPOINTMENT RE: GOVERNMENT'S MOTION TO RECONSIDER COURT'S FINAL 11/16/16 ORDER GRANTING MOTION TO REDUCE SENTENCE PURSUANT TO 18 U.S.C. § 3582(c)(2) AND REQUEST TO FILE OPPOSITION BY OCTOBER 13, 2017**<br><br>Hon. William B. Shubb |

Defendant Sergio Curiel, Sr., through counsel, hereby applies for an order re-appointing attorney John Balazs as counsel of record with respect to the government's 9/11/17 motion to reconsider the court's final 11/16/16 order granting defendant's motion to reduce sentence under 18 U.S.C. § 3582(c)(2) and Guideline Amendment 782. Mr. Balazs previously represented Mr. Curiel with respect to his § 3582(c)(2) motion in the district court. The Court granted the motion on November 16, 2016, and counsel submitted his final CJA voucher shortly thereafter.

Counsel also requests that Curiel's opposition to the government's motion for reconsideration be filed by October 13, 2017, due to counsel schedule in other cases, including a reply brief in a § 2254 motion due September 15, 2017 in *Daniels v. Hatton,* E.D.C.A. No. 2:16-CV-3025, an amended § 2255 due September 29, 2017 in *U.S. v. Mujahid,* D. Ak. No. 3:10-CR-

0091-RRB, sentencing objections due September 29, 2017 in *U.S. v. Brown,* No. 2:09-CR-0533-JAM, an opening brief due October 2, 2017 in *U.S. v. Flowers,* Nos. 17-30068 & 17-30069, and an opening brief due October 10, 2017 in the Ninth Circuit in *U.S. v. Back,* No. 14-30265.

Respectfully submitted,

Dated: September 12, 2017

/s/ John Balazs
John Balazs

Attorney for Defendant
SERGIO CURIEL SR.

## ORDER

**IT IS SO ORDERED.**

**Dated: September 12, 2017**

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE