John Balazs, Bar. No. 157287
Attorney at Law
916 2nd Street, Suite F
Sacramento, California 95814
Telephone: (916) 447-9299
Facsimile: (916) 557-1118
john@balazslaw.com

Attorney for Defendant
SERGIO CURIEL, SR.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>SERGIO CURIEL, SR.,<br><br>Defendant. | No. 2:05-CR-0113-WBS<br><br>**STIPULATION AND ORDER TO CONTINUE BRIEFING RE: GOVERNMENT'S MOTION FOR RECONSIDERATION**<br><br>Hon. William B. Shubb |

Defendant SERGIO CURIEL, SR., through his attorney, John Balazs, and plaintiff, UNITED STATES OF AMERICA, through its counsel, Assistant U.S. Attorney JASON HITT, hereby stipulate to extend the briefing regarding the government's motion for reconsideration (docket 317) two weeks as follows:

Defendant's Opposition Due:   October 27, 2017

Government's Reply Due:   November 17, 2017

///

///

///

1

This request is made because defendant's counsel needs additional time to prepare the defendant's opposition due to the complexity of the issues and counsel's schedule in other cases.

Dated: October 13, 2017          Dated: October 13, 2017

BENJAMIN B. WAGNER
United States Attorney

 /s/ *Jason Hitt*                    /s/*John Balazs*
JASON HITT                        JOHN BALAZS
Assistant U.S. Attorney

Attorney for Plaintiff            Attorney for Defendant
UNITED STATES OF AMERICA          SERGIO CURIEL, SR.

**ORDER**

IT IS SO ORDERED.

Dated: October 13, 2017

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE